**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 16-20032-CIV-KING/TORRES

RUTHANN GOODLIN,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendant.
_______________________________/

**FINAL ORDER OF DISMISSAL**

THIS MATTER is before the Court on the Joint Notice of Settlement (D.E. #11) filed October 18, 2016, in the above-styled case. Accordingly, after a careful review of the record and the parties having reached a settlement, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED. The Court retains jurisdiction to enforce the terms of the settlement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The **Pretrial Conference** previously set for **February 3, 2017** and the **Trial** previously set for **April 17, 2017** are hereby CANCELED.

4. The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 20th day of October, 2016.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record